United States District Court
Southern District of Texas
**ENTERED**
October 10, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the March 8, 2014 "Toe to Toe" Saul Alvarez v. Alfredo Angulo Light Middleweight Championship Fight Program, <br><br>Plaintiff, <br><br>v. <br><br>LEONARD GUILLEN, individually, and d/b/a LEONARD'S VW DEPOT a/k/a LEONARD'S VOLKSWAGEN DEPOT REPAIR SHOP a/k/a LEONARDS VOLKSWAGON REPAIR, <br><br>Defendant. | § § § § § § § § § § § § § § § § | Civil Action No. 1:17-cv-00055 |

## AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendant Leonard Guillen, individually, and d/b/a Leonard's VW Depot a/k/a Leonard's Volkswagen Depot Repair Shop a/k/a Leonards Volkswagen Repair ("Defendant") agree that the Court should sign and cause to be entered this *Agreed Judgment* in favor of Plaintiff and against Defendant.

IT IS, THEREFORE, ADJUDGED and DECREED that Plaintiff recover from Defendant:

- Damages in the amount of $15,000.00;

- Court costs; and

- Interest on all sums awarded herein, compounded annually, at the rate of five percent (5%) from the date of entry of this *Agreed Judgment*.

It is ordered that all writs and process for the enforcement and collection of this *Agreed Judgment* may issue as necessary. In connection with any Writ of Execution in this case, the

Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this *Agreed Judgment*.

This *Agreed Judgment* is a final judgment. Therefore, any relief not expressly granted herein is denied.

Signed on **October 10**, 2018.

_____
Rolando Olvera
United States District Judge

AGREED TO:

By: _____
David M. Diaz
Attorney-in-charge
State Bar No. 24012528
ddiaz@kbdtexas.com
Andrew R. Korn
Of Counsel
State Bar No. 11683150
akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF

By: _____
Leonard Guillen
vwdepot1025@yahoo.com

602 N. Commerce
Harlingen, TX 78550
(956) 425-8515 – Telephone

DEFENDANT